of certiorari is denied without prejudice. *Amato A. DeLuca, Kevin M. Hayes,* for petitioner. *Tobin, LeRoy & Silverstein, Max Wistow,* for respondents.

M. P. No. 77-368. NEWMAN-CROSBY STEEL, INC. *v.* ALBERT FASCIO *et al.* Petition for writ of certiorari is granted and the writ shall issue forthwith, without prejudice to raising the issue of the standing of the Board of Review in briefs and oral argument.

This case is consolidated with *Walter Ksen* v. *Albert Fascio,* M. P. No. 77-369 for oral argument. *Hinckley, Allen, Salisbury & Parsons, Michael P. DeFanti,* for plaintiff-respondent. *Joseph R. DeCiantis,* Legal Counsel, Board of Review, for defendants-petitioners.

M. P. No. 77-369. WALTER KSEN *et al. v.* ALBERT FASCIO *et al.* Petition for writ of certiorari is granted and the writ shall issue forthwith.

This case is consolidated with the case of *Newman-Crosby Steel, Inc.* v. *Albert Fascio* M. P. No. 77-368 for oral argument. *Roberts & Willey Incorporated, Richard M. Peirce,* for petitioners. *Joseph R. DeCiantis,* Legal Counsel, Board of Review, for respondents.

M. P. No. 77-386. THE OUTLET COMPANY *d/b/a* WJAR-TV *v.* JOHN T. GHIORSE, JR. Petition for writ of certiorari is denied without prejudice. *Edwards & Angell, Edward F. Hindle, Robert G. Flanders, Jr., William P. Robinson III,* for petitioner. *Alan H. Pearlman,* for respondent.

APPEAL No. 77-60. MAX KARGMAN *et al. v.* DIANNE DELGARDO. The plaintiffs' motion to affirm the judgment below pursuant to Rule 16(g) is denied. *Higgins, Cavanagh & Cooney, Gerald C. DeMaria,* for plaintiffs. *Oster, Fay, Groff & Prescott, George M. Prescott,* for defendant.

APPEAL No. 77-168. WHALE ROCK LAND COMPANY *v.* NATALIE T. BOSSERT *et al.* The plaintiff's motion to affirm